UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 24-MJ-06141-MPK |
| | ) | |
| THOMAS METHOD | ) | |
| Defendant | ) | |
| | ) | |

RULE 5 ORDER OF REMOVAL

February 14, 2024

    The above-named individual was arrested in the District of Massachusetts today, February 14, 2023, in Boston, Massachusetts on an arrest warrant issued in connection with a criminal complaint filed in the United States District Court, District of Columbia, No. 24-MJ-00055. He appeared before this court today for an initial appearance at which he was released on conditions. He waived an identity hearing; I find that he is the person named in the arrest warrant. The government produced a facsimile of the warrant. He was informed of the provisions of Federal Rule of Criminal Procedure 20. He also elected to have a preliminary hearing in the District of Columbia.

    The Clerk is directed to send the original papers in this matter to the Clerk, United States District Court, District of Columbia.

/s/ Page Kelley
PAGE KELLEY
U.S. MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS